**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David Z.R.,                                          Civil No. 26-2065 (DWF/JFD)

        Petitioner,

v.

                                          **ORDER FOR DISMISSAL**
Pamela Bondi, *Attorney General*;                   **WITHOUT PREJUDICE**
Markwayne Mullin, *Secretary, U.S.*
*Department of Homeland Security*;
Todd M. Lyons, *Acting Director of*
*Immigration and Customs Enforcement*;
David Easterwood, *Acting Director, St.*
*Paul Field Office Immigration and*
*Customs Enforcement*; and Joel Brott,
*Sheriff of Sherburne County, Minnesota*,

        Respondents.

Based upon the Joint Stipulation of Voluntary Dismissal filed by the parties on

April 1, 2026, (Doc. No. [11]),

        **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT**

**PREJUDICE.**

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 1, 2026                    s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge